Same case below, 368 Fed. Appx. 615.

**No. 10-150. Bruce Carneil Webster, Petitioner v. United States.**

562 U.S. 1091, 131 S. Ct. 794, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9507.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 605 F.3d 256.

**No. 10-220. Sean Stephen, et al., Petitioners v. John Hanley, et al.**

562 U.S. 1091, 131 S. Ct. 795, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9572.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 376 Fed. Appx. 158.

**No. 10-438. Charlene J. Good, et vir, Petitioners v. City of Sunbury, Pennsylvania.**

562 U.S. 1091, 131 S. Ct. 796, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9463.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 688.

**No. 10-440. Manuel Kramer, Petitioner v. Zoning Board of Appeals of Somerville, Massachusetts, et al.**

562 U.S. 1091, 131 S. Ct. 796, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9483.

December 6, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 76 Mass. App. 1126, 925 N.E.2d 572.

**No. 10-442. Detective Richard McKinley, Individually and in His Official Capacity, Petitioner v. Theodore W. White, Jr.**

562 U.S. 1091, 131 S. Ct. 799, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9519.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 525.

**No. 10-445. Richard John Florance, Jr., Petitioner v. Texas (two judgments).**

562 U.S. 1091, 131 S. Ct. 798, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9520.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-448. E-L Enterprises, Inc., Petitioner v. Milwaukee Metropolitan Sewerage District.**

562 U.S. 1091, 131 S. Ct. 798, 178 L. Ed. 2d 531, 2010 U.S. LEXIS 9470.

December 6, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 326 Wis. 2d 82, 785 N.W.2d 409.